

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415

Tel. (718) 263-9591 Fax. (718) 263-9598

March 25, 2021

<u>**Via ECF**</u>
The Honorable District Judge Joan M. Azrack
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re: **<u>Torres, et al. v. Eveready Body Shop Supplies, Inc., et al.</u>**
           **20-CV-3284 (JMA)(SIL)**

Dear Judge Azrack:

      Our office represents the Plaintiff in the above-referenced matter and we submit this letter to supplement the parties' Motion for Settlement Approval filed on March 15, 2021 [Dkt. No. 14] and to provide the Court with a fully executed version of the Settlement Agreement ("Agreement") attached hereto as **Exhibit 1**. The Agreement was previously filed with the parties' Motion, however, it was unsigned at the time of filing.

      We thank the Court for its consideration and remain available to provide any additional information in support of the Motion for Settlement Approval.

                                               Respectfully submitted,

                                               *James O'Donnell*
                                               James O'Donnell, Esq.